(No. 742—Claimant awarded $9,266.96.)

VICTOR CHEMICAL WORKS, Claimant, *vs.* STATE OF ILLINOIS,
Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is similar to that
of *Herenden Milling Co.* v. *State, supra,* and the decision of the court in that
case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH,
Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for refund of portion of franchise taxes
erroneously paid by above named claimant to the Secretary of
State of the State of Illinois, in the years 1921 and 1922, total
excess tax paid amounting to $9266.96.

The demurrer filed by the Attorney General of the State
of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award
claimant the sum of $9266.96.

---

(No. 746—Claimant awarded $3,993.34.)

BALABAN & KATZ INC., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is similar to that
of *Herenden Milling Co.* v. *State, supra,* and the decision of the court in that
case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH,
Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of franchise taxes erro-
neously paid to the Secretary of State of the State of Illinois,
by the above named claimant, in the years 1920 and 1921,
amounting in all to $3993.34.

The demurrer filed by the Attorney General of the State
of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award
claimant the sum of $3993.34.